```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

HECTOR L. HUERTAS,

        Plaintiff,        Civil No. 08-244 (JBS)

  v.

                            **ORDER**

TRANSUNION, LLC., et al.,

        Defendants.

    This matter having come before the Court upon the motion of Defendant Dishnetwork/Echostar for summary judgment and for Rule 11 sanctions [Docket Item 59], as well as Plaintiff's motion to file a Third Amended Complaint [Docket Item 63]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

    IT IS this **5th** day of **May, 2010** hereby

    ORDERED that summary judgment be **GRANTED** in favor of Defendant Dishnetwork/Echostar; and it is further

    ORDERED that Defendant's motion for sanctions under Rule 11 is **DENIED**; and it is further

    ORDERED that Plaintiff's motion to file a Third Amended Complaint is **DENIED WITHOUT PREJUDICE** to filing a motion with a proposed Third Amended Complaint that is consistent with today's Opinion and Rule 11, Fed. R. Civ. P.

                                        **s/ Jerome B. Simandle**
                                        JEROME B. SIMANDLE
                                        United States District Judge