```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| HECTOR L. HUERTAS, | |
| Plaintiff, | Civil No. 08-244 (JBS) |
| v. | |
| TRANSUNION, LLC., et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon the motion of Plaintiff for the Court to amend its Order of May 5, 2010 pursuant to Rule 59(e), Fed. R. Civ. P. [Docket Item 88], as well as Defendant's cross-motion for attorney's fees as a sanction pursuant to Rule 11 [Docket Item 89]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this **16th** day of **December, 2010** hereby

ORDERED that both motions are **DENIED.**


                                    **s/ Jerome B. Simandle**
                                    JEROME B. SIMANDLE
                                    United States District Judge